# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

    -vs-                                  Chief Magistrate Judge Sharon L. Ovington

ARACELI GARCIA ALVAREZ,

    Defendant.

Case No. 3:15MJ00312

## BINDOVER ORDER

This matter was set for preliminary examination on September 4, 2015.  Defendant appeared with counsel and waived her right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

September 9, 2015                                  s/ Sharon L. Ovington
                                                            Sharon L. Ovington
                                               Chief United States Magistrate Judge